In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, etc., Relative to Acquiring for the Construction and Maintenance of a Municipal Rapid Transit Railroad, Certain Real Property Situated on Smith Street, Also a Temporary Easement in, through and over Certain Property on Huntington Street, in the Borough of Brooklyn, City of New York. Route No. 109, Section No. 3, Proceeding No. 3. JOSEPH J. RYAN, NICHOLAS H. RYAN and ANNA E. DALTON, Appellants; THE CITY OF NEW YORK, Respondent.— In this proceeding, brought by respondent to condemn certain rights in real prop-

erty of the owners-appellants, final order awarding damages for damage parcels 117 and 117-A unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.